UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMUEL RUSSELL )<br>    Plaintiff )<br>)<br>v. )<br>)<br>)<br>CREDITORS INTERCHANGE RECEIVABLE )<br>MANAGEMENT, LLC )<br>    Defendant )<br>_____) | CASE NO.:<br>3:12-CV-00025-VLB<br><br><br><br><br><br><br><br>FEBRUARY 10, 2012 |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Samuel Russell, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                      PLAINTIFF, SAMUEL RUSSELL

                      By: /s/Daniel S. Blinn_____
                            Daniel S. Blinn, ct02188
                            dblinn@consumerlawgroup.com
                            Consumer Law Group, LLC
                            35 Cold Spring Rd. Suite 512
                            Rocky Hill, CT  06067
                            Tel. (860) 571-0408; Fax. (860) 571-7457

2

**CERTIFICATION**

I hereby certify that on this 10th day of February, 2012, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
**Daniel S. Blinn**

2